1210515

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.

ANTHONY RAY

## WARRANT FOR ARREST

RECEIVED
U.S. MARSHALS SERVICE

CASE NUMBER: 1:07-M-39M

APR 12 2007

District of Rhode Island

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ANTHONY RAY

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

felon in possession of a firearm.

in violation of Title 18 United States Code, Section(s) § 922(g)(1)

| | |
|---|---|
| DAVID L. MARTIN | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| David L Martin | April 12, 2007, Providence, RI |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ ______ by ______

Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at ACI on writ, returned to ACI | | |
| DATE RECEIVED 04/12/2007 | NAME AND TITLE OF ARRESTING OFFICER Robert D Young DUSM | SIGNATURE OF ARRESTING OFFICER Robert D Young |
| DATE OF ARREST 04/16/2007 | | |

This form was electronically produced by Elite Federal Forms, Inc.