# *UNITED STATES DISTRICT COURT*

***for the***

***District of Rhode Island***

***Case No. 1:07-M-39M***

RECEIVED
U.S. MARSHALS SERVICE

APR 12 2007

District of Rhode Island

28196-050

***To:*** ***ACI***
***Cranston, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **Anthony Ray**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **David L. Martin**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **10:00 o'clock a.m.**, on the **16th** day of **April, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that [illegible]
on the date and time [illegible]

Deputy [illegible]

WITNESS the Honorable **David L. Martin**

United States Magistrate Judge at Providence, RI
Dated: April 12, 2007.

David A. DiMarzio, Clerk

By
*Martha Saucier - Deputy Clerk*

Initial Appearance