IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. CR 07-68S |
| vs. | ) | In violation of |
| | ) | 18 U.S.C. § 922(g)(1) |
| ANTHONY RAY | ) | |

INFORMATION

The United States Attorney charges:

On or about March 22, 2007, in the District of Rhode Island, the defendant, ANTHONY RAY, did knowingly possess, in interstate commerce, a loaded semi-automatic Kel-Tec P-11 9 millimeter pistol, serial number 71907, after having previously been convicted of a felony punishable by more than one year imprisonment.

In violation of 18 U.S.C. § 922(g)(1).

ROBERT CLARK CORRENTE
United States Attorney

By: Lee Vilker
LEE H. VILKER
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
Criminal Chief

5-7-07
Date