O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

RECEIVED
Property of U.S. District Court
District of Rhode Island
2007

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
ANTHONY RAY

WAIVER OF INDICTMENT

CASE NUMBER: CR 07-68S

I, ANTHONY RAY, the above named defendant, who is accused of being a felon in possession of a firearm

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on May 11, 2007 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

ANTHONY RAY [signature]
Defendant

[signature]
Counsel for Defendant

Before [signature]
Judicial Officer
USMJ
5-11-07

11